IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

F I L E D

- 5 2008

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:08mj 355 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID J. SHUMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, DAVID J. SHUMAN, was present in the Eastern District of Virginia on Fort Lee, Virginia.

2. Fort Lee, Virginia is property administered by the Department of Defense, in the Eastern District of Virginia, and is within the special territorial jurisdiction of the United States and this Court.

## COUNT ONE

On or about May 23, 2008, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia and within the jurisdiction of this Court, and being a place within the special territorial jurisdiction of the United States, DAVID J. SHUMAN, was found operating a motor vehicle on a highway in Virginia, after his license and privilege to operate a motor vehicle had been suspended.

1

(In violation of Title 18, United States Code, Section 13, assimilating the 1950 Code of Virginia, as amended, Section 46.2-301.)

CHUCK ROSENBERG
UNITED STATES ATTORNEY

By: *Sara E. Chase*
Sara E. Chase
Assistant United States Attorney